IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOMO BARNETT** | : | CIVIL ACTION NO. 1:CV-11-906 |
| | : | |
| **Plaintiff** | : | **(Chief Judge Kane)** |
| | : | **(Magistrate Judge Blewitt)** |
| v. | : | |
| | : | |
| **YORK COUNTY, et al.** | : | |
| | : | |
| **Defendants** | : | |

## O R D E R

Before the court in the captioned action is a June 24, 2011 report of the magistrate judge. No timely objections have been filed.

Accordingly, upon review of the record and the applicable law, **IT IS HEREBY ORDERED THAT:**

1) The Court adopts the report and recommendation of Magistrate Judge Blewitt.

2) Plaintiff's Motion for Leave to File an Amended Complaint is GRANTED.

3) Plaintiff's claims against all nine (9) Defendants are DISMISSED in their entirety.

4) Additionally, the Court declines to exercise supplemental jurisdiction over all of Plaintiff's state law claims pursuant to 28 U.S.C. §1367(c)(3).

    S/ Yvette Kane
    YVETTE KANE, Chief Judge
    United States District Court
    Middle District of Pennsylvania

Dated: July 14, 2011.